**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  1:20-cv-03314-STV

SUSAN MCCAUSEY,

                Plaintiff,

     v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,
                Defendant.

_____

**AMENDED COMPUTATION OF DAMAGES**
_____

Pursuant to the Court's Order and F.R.C.P. 26(a)(1)(A)(iii) and (C), Plaintiff hereby submits her

AMENDED COMPUTATION OF DAMAGES to section 5(a) of the approved scheduling order in this

matter reviewed and entered by the Court on January 19, 2021

**5.  COMPUTATION OF DAMAGES**

     a.        Plaintiff

As a result of the subject incident, Plaintiff incurred **$279,614.81** in medical bills:  She incurred

bills with the following medical providers:

     1) Injury Care Associates in the amount of **$140.00**;

     2) Surgical First Assist in the amount of **$24,673.50**;

     3) Aviation and Occupational Medicine in the amount of $**389.00**;

     4) Physical Rehabilitation Specialist in the amount of **$9,720.00**;

     5) Access Surgical at Castle Rock Surgery Center in the amount of **$131,771.48**;

6) Musculoskeletal Surgical Center in the amount of **$6,600.00**;

7) Select Physical Therapy in the amount of **$6,375.00**;

8) Complete Family Medicine in the amount of **$3,342.25**;

9) 5280 Anesthesia in the amount of **$5,280.00**;

10) Mile High Sports and Rehabilitation in the amount of **$13,978.00**;

11) Bioventus – Durham in the amount of **$4,950.00**;

12) Touchstone Imaging in the amount of **$5,520.00**;

13) Insight Labs, LLC in the amount of **$950.00**;

14) Centura St. Anthony North in the amount of **$3,014.99**;

15) US Acute Care Solutions in the amount of **$351.00**;

16) Ascent Medical Consultants, LLC in the amount of **$1,890.70**;

17) Dr. Robert Bess in the amount of **$50,817.85**;

18) Neuriom, LLC in the amount of **$7,453.00**;

19) Colorado Imaging Associates, P.C. in the amount of **$46.00**; and

20) Colorado Pain Management & Anesthesia Consultants in the amount of **$2,325.04**.

Plaintiff seeks her total unpaid underinsured motorist policy benefits from ALL available coverages in the amount of $100,000.00. She also seeks all available statutory damages against State Farm pursuant to C.R.S. § 10-3-1116 as pertaining ALL available coverages in the amount of $400,000.00 ($200,000.00 per underinsured motorist policy) and attorney fee and costs.

She seeks general damages due to State Farm's bad faith breach of contract, including but not limited to, pain and suffering, inconvenience, loss of time, loss of enjoyment of life, and mental anguish to be determined by the jury.

Respectfully submitted this 26th day of January, 2021

By:    */s/ Jonathan D. Stine*
Jonathan D. Stine, #38925
The Paul Wilkinson Law Firm LLC
999 Jasmine St.
Denver CO 80220
Telephone:  (303) 333-7285
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of January, 2021, I presented the forgoing

AMENDED COMPUTATION OF DAMAGES to the Clerk of the Court for filing and uploading

to the CM/ECF system for service upon the following:

Rebecca K. Wagner, #33473
Robert A. Zahradnik-Mitchell, #50307
Campbell, Wagner, Frazier & Dvorchak, LLC
5251 DTC Parkway, Suite 350
Greenwood Village, CO  80111
Telephone: (303) 831-5990
*Attorneys for Defendant*

*/s/ Terri Bingaman*
Terri Bingaman – Paralegal